**No. 53432.**—Freedman & Slater, Inc. *v.* United States, protest 138771–K (New York).

Opinion by COLE, J.   The protest was dismissed.

**No. 53433.**—Gane & Ingram, Inc. *v.* United States, protests 139395–K, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.

**No. 53434.**—M. Kopit Co. *v.* United States, protest 124611–K (New York).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 53435.**—American Mink Co. et al. *v.* United States, protests 120184–K (A), etc. (New York).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 53436.**—Judson-Sheldon Corporation *v.* United States, protests 123304–K/722 and 123557–K/750 (Chicago).

Opinion by MOLLISON, J.   It was stipulated that the merchandise in question is similar in all material respects to the sawed dagame lumber the subject of *John A. Hunter Hardwood Corp.* v. *United States* (21 Cust. Ct. 139, C. D. 1143). The claim of the plaintiff was therefore sustained.

**No. 53437.**—S. S. Kresge Co. *v.* United States, protest 140681–K (Baltimore).

Opinion by MOLLISON, J.   It was stipulated that the merchandise in question consists of figures composed of toilet soap the same in all material respects as those passed upon in Abstract 23099.   The claim at 20 percent under paragraph 1558 was therefore sustained.